IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-00276-CB |
| ) | |
| HAYES JONES, JR., and ) | |
| LYNN CAROL PAGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court held an in-camera conference with counsel this date regarding Defendant Hayes Jones, Jr.'s motion to continue trial. Defendant Lynn Carol Page and the Government advised that they did not object to the motion.

The court finds that a continuance of the trial is appropriate pursuant to 18 U.S.C. § 3161(h)(4), (7) and (8). Because of defendant Jonses' illness and hospitalization on the eve of the trial scheduled to begin this month, the court finds that the ends of justice outweigh the best interest of the defendants and the public in a speedy trial, and hereby **CONTINUES** the trial to the February 2009 criminal term with jury selection to be held on February 2, 2009.

The clerk is directed to refer this matter to Magistrate Judge Bivins to schedule a pretrial conference during January 2009.

Defendant Lynn Carol Page is **ORDERED** to file a Waiver of Speedy Trial **on or before January 29, 2009.**

**DONE and ORDERED** this the 22nd day of January, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE